UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CELSO ACEVEDO-COLON,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/6/2020_____

5 Cr. 253-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 4, 2020, the Court received a letter from Defendant seeking "relief in regards to [his] sentence."  ECF No. 96.  It is ORDERED that by **August 6, 2020**, the Government shall respond to Defendant's letter.

    The Clerk of Court is directed to mail a copy of this order to Defendant at:

Celso Acevedo-Colon
53054-054
McRae Correctional Facility
PO Box 55030
McRae-Helena, GA 31055

SO ORDERED.

Dated: July 6, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge