UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

CELSO ACEVEDO-COLON,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2020

5 Cr. 253-4 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court's July 6, 2020 order directing the Government to respond to Defendant's letter of May 4, 2020, ECF No. 98, is hereby VACATED.

    The Clerk of Court is directed to mail a copy of this order to Defendant.

    SO ORDERED.

Dated: July 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge